IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLYDE S. KING and DIANE V. KING on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>UNITED SA FEDERAL CREDIT UNION,<br><br>Defendant | § § § § § § § § § § § § § § | Civil Action No. SA 09CA 0937 XR |

## JOINT MOTION TO SUSPEND SCHEDULING ORDER PENDING MEDIATION

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE

NANCY STEIN NOWAK:

Plaintiffs and Defendant, by and through their respective counsel, jointly move to suspend the current scheduling order pending mediation and show:

1. In this consumer class action case the parties submitted a proposed scheduling order and the Court entered a Joint Initial Scheduling Order ("Scheduling Order") for discovery and briefing prior to the Court's consideration of Plaintiffs' Motion for Class Certification.

2. Pursuant to the Scheduling Order, Plaintiffs filed their Motion for Class Certification, and Defendant deposed both named Plaintiffs and filed a Response to the Motion for Class Certification.

3. Under the current scheduling Order, Plaintiffs reply to Defendant's Response is due May 14, 2010, and Plaintiff were to depose Defendant's Rule 30(b)(6) representatives on March

30 and 31. Prior to the depositions, the parties agreed to postpone the depositions and attempt to settle the case with the assistance of a mediator.

4. The parties have agreed to mediate on ### with ###.

5. Therefore the parties request that the Court enter an order suspending the Scheduling Order until after the mediation. If the mediation is successful, the parties will inform the court and submit a schedule for submitting papers seeking preliminary approval of the proposed settlement, approval of the class member notice plan and other associated matters.

6. If the mediation is unsuccessful, the parties will notify the Court and propose a dae by which Plaintiffs will depose Defendant's representatives and file Plaintiff's reply to Defendant's Response to the class certification motion.

WHEREFORE PREMISES CONSIDERED, the parties requests that the Court enter an order suspending the current scheduling order pending the results of the mediation. The parties pray for general relief.

                                        Respectfully submitted,

                                        BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819  Telephone
(210) 224-0141  Facsimile

                                        _____/s/ Benjamin R. Bingham_____
BENJAMIN R. BINGHAM
Texas State Bar No. 02322350
BINGHAM, & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile

LAW OFFICE OF H. ANTHONY HERVOL
4414 Centerview Drive, Suite 200
San Antonio, TX 78228
Telephone: (210) 522-9500
Facsimile: (210) 522-0205
Email: hervol@sbcglobal.net

_____/s/ H. Anthony Hervol_____
H. Anthony Hervol
State Bar No. 00784264

**Attorneys for Plaintiffs**


JACKSON WALKER, L.L.P.
112 E. Pecan, Suite 2400
San Antonio, Texas 78205
Telephone : (210) 978-7700
Facsimile: (210) 978-7790


_____/s/ Melodee L. Gruber_____
Richard G. Garza
State Bar No. 07737200
rgarza@jw.com
Melodee L. Gruber
State Bar No. 24004680
mgruber@jw.com

**Attorneys for Defendant**