IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLYDE S. KING and DIANE V. KING on behalf of themselves and all others similarly situated, | § § § § | |
| PLAINTIFFS, | § § | CIVIL ACTION NO. |
| | § § | SA-09-CV-0937-NSN |
| VS. | § § | |
| UNITED SA FEDERAL CREDIT UNION, | § § § | JURY TRIAL DEMANDED |
| DEFENDANT | § § § | |

## ORDER GRANTING MOTION TO STAY PENDING MEDIATION

On this day came to be considered the Joint Motion of the parties to stay this case pending mediation. Upon consideration of the motion, it is GRANTED and this case is stayed pending the mediation scheduled for May 3, 2010. The parties are to advise the Court in writing by no later than May 19th, 2010 whether the case settled and submit either (1) a proposed schedule for submitting settlement papers or (2) a schedule for the remaining discovery and submission of Plaintiffs' Reply to Defendant's Response to Plaintiff' Motion for Class Certification.

**IT IS SO ORDERED.**

SIGNED on this _____ day of April, 2010.

                                        Nancy Stein Nowak
                                        United States Magistrate Judge

Order Submitted By:

LAW OFFICE OF H. ANTHONY HERVOL
4414 Centerview Drive, Suite 200
San Antonio, TX 78228
Telephone: (210) 522-9500
Facsimile: (210) 522-0205
Email: hervol@sbcglobal.net


By: ___/s/ H. Anthony Hervol_____
   **H. Anthony Hervol**
   State Bar No. 00784264


BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telephone:  (210) 224-1819
Facsimile:   (210) 224-0141
ben@binghamandlea.com


By:__/s/ Benjamin R. Bingham_____
   BENJAMIN R. BINGHAM
   State Bar No. 02322350

   **Attorneys for Plaintiffs**