IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CLYDE S. KING and DIANE V. KING** on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs | § § | Civil Action No. SA-09-CV-0937 NSN |
| v. | § § § | |
| **UNITED SA FEDERAL CREDIT UNION,** | § § § § | |
| Defendant | § | |

**JOINT ADVISORY TO THE COURT AND REQUEST FOR EXPEDITED HEARING ON PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

**TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE, NANCY STEIN NOWAK:**

1.      Pursuant to the Court Order granting a stay of this litigation pending mediation (Text Order following docket #16) the parties mediated this case on May 3rd, 2010 and the case was settled.  Because this case is a class action, the settlement requires approval by the Court. Fed. R. Civ. P. 23(e).  As is typical in class action cases, the parties intend to seek preliminary approval of the settlement and of the form and method of providing notice to the class. Review of a proposed class action settlement generally involves two hearings. First, the parties submit the proposed terms of the settlement and the judge makes a preliminary fairness evaluation. Then the parties serve the class members with a notice of the proposed settlement, and of their right to object to or exclude themselves from the settlement, and of the date of a final "fairness hearing", where the Court will consider any objections and whether the settlement is fair, reasonable and

adequate. *In re OCA, Inc. Securities and Derivatives Litigation,* 2008 U.S. Dist LEXIS 84869 (E.D. La.) at *36-*54 (discussing preliminary settlement procedure in 5th Circuit).

2. The parties are currently completing the formal settlement documents and anticipate being able to file by June 4, 2010, the proposed settlement, together with a proposed form of notice and other documents, together with a joint motion for preliminary approval of the proposed class action settlement.

3. The parties request a hearing for the Court to consider preliminary approval of the proposed settlement sometime between June 7 and June 15, if possible. The hearing should take 30-45 minutes.

Wherefore, premises considered, the parties request an expedited hearing on their joint motion for preliminary approval of class action settlement. The parties also pray for general relief.

> Respectfully submitted,
>
> BINGHAM & LEA, P.C.
> 319 Maverick Street
> San Antonio, Texas 78212
> (210) 224-1819  Telephone
> (210) 224-0141  Facsimile
>
> _____/s/ Benjamin R. Bingham_____
> BENJAMIN R. BINGHAM
> Texas State Bar No. 02322350
> BINGHAM, & LEA, P.C.
> 319 Maverick Street
> San Antonio, Texas 78212
> (210) 224-1819 Telephone
> (210) 224-0141 Facsimile

LAW OFFICE OF H. ANTHONY HERVOL
4414 Centerview Drive, Suite 200
San Antonio, TX 78228
Telephone: (210) 522-9500
Facsimile: (210) 522-0205
Email: hervol@sbcglobal.net

_____/s/ H. Anthony Hervol_____
H. Anthony Hervol
State Bar No. 00784264

**Attorneys for Plaintiffs**


JACKSON WALKER, L.L.P.
112 E. Pecan, Suite 2400
San Antonio, Texas 78205
Telephone : (210) 978-7700
Facsimile: (210) 978-7790

_____/s/ Melodee L. Gruber_____
Richard G. Garza
State Bar No. 07737200
rgarza@jw.com
Melodee L. Gruber
State Bar No. 24004680
mgruber@jw.com

**Attorneys for Defendant**