IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CLYDE S. KING and DIANE V. KING on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs | § § | Civil Action No. |
| | § § | SA-09-CV-0937-NSN |
| v. | § § § | |
| UNITED SA FEDERAL CREDIT UNION, | § § § § | |
| Defendant | § | |

## JOINT MOTION TO RECONSIDER ORDER CONCERNING SETTLEMENT

**TO THE HONORABLE NANCY STEIN NOWAK, UNITED STATES MAGISTRATE JUDGE:**

Now come Clyde S. King and Diane V. King, Plaintiffs herein, on behalf of themselves and all other similarly situated, and United SA Federal Credit Union, Defendant, by and through their respective counsel, who jointly move for reconsideration of the Court's Order Concerning Settlement (Docket #18) and show:

1.   In an "Advisory" to the Court (Docket #17), the parties jointly advised the Court that they had reached a settlement of this case filed as a putative class action and requested that the court set a hearing for preliminary approval of the proposed settlement.

2.   In response to the Advisory, the court issued an Order Concerning Settlement (Docket # 18) in which the court denied all pending motions as moot, including the request for hearing on preliminary approval of a settlement, because no class had been certified, and so no court approval of the proposed settlement would therefore be necessary.

3. Based upon the Court's Order, it appears the parties failed to make clear in their Advisory that the proposed settlement *would include a request that the Court conditionally certify the case as a class action for settlement purposes.* In other words, a significant and material part of the settlement included a provision that the parties would ask the court to certify this case as a class action for settlement purposes on the condition that, after notice to the class and applicable regulatory authorities, if the settlement is not approved by a final order of the court, then the parties would resume their positions in this litigation as if no class-wide settlement had been proposed. The case was not settled on a individual basis.

4. The procedure of requesting from the Court a conditional certification of the case as a class action for settlement purposes is common in class action settlement. See, e.g. *DeHoyos v. Allstate*, 240 F.R.D. 269 (W.D. Tex. 2007) (J. Biery); *Sleezer v. Chase Bank (USA)N.A.* SA-07-961 (J. Hudspeth) (Order Conditionally Certifying Case entered Jan. 13, 2009, Final Order and Judgment Approving Settlement entered August 6, 2009).

5. The parties are diligently working on completing: (1). a final formal settlement agreement, (2). a motion (and briefing) for conditional certification of the class, preliminary approval of the settlement and notice to the class, (3). a form of proposed notice to be mailed to class members, (4). a form of proposed order conditionally certifying the class, directing notice and setting a hearing for final approval of the settlement, and (5). a proposed final judgment and order approving the settlement. The parties are attempting to finalize these documents by the end of this week, and request a hearing soon after for consideration of the conditional certification, preliminary approval of the settlement and approval of the notice to be sent to the class members.

WHEREFORE PREMISES CONSIDERED, the parties request that the Court enter an order vacating its prior order, and instead setting a hearing to consider whether or not to grant preliminary approval to the parties proposed settlement The parties also pray for general relief.

Respectfully submitted,

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819  Telephone
(210) 224-0141  Facsimile


_____/s/ Benjamin R. Bingham_____
BENJAMIN R. BINGHAM
Texas State Bar No. 02322350
BINGHAM, & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile


LAW OFFICE OF H. ANTHONY HERVOL
4414 Centerview Drive, Suite 200
San Antonio, TX 78228
Telephone: (210) 522-9500
Facsimile: (210) 522-0205
Email: hervol@sbcglobal.net

_____/s/ H. Anthony Hervol_____
H. Anthony Hervol
State Bar No. 00784264

**Attorneys for Plaintiffs**

JACKSON WALKER, L.L.P.
112 E. Pecan, Suite 2400
San Antonio, Texas 78205
Telephone : (210) 978-7700
Facsimile: (210) 978-7790


_____/s/ Melodee L. Gruber_____
Richard G. Garza
State Bar No. 07737200
rgarza@jw.com
Melodee L. Gruber
State Bar No. 24004680
mgruber@jw.com

**Attorneys for Defendant**